# Court of Appeals, State of Michigan

# ORDER

People of MI v Sammy Lee Pettes

Docket No. 330711

LC No. 15-001023-01-FC

Michael J. Kelly
Presiding Judge

Jane M. Beckering

Douglas B. Shapiro
Judges

The Court orders that the May 25, 2017 opinion is hereby AMENDED to correct a clerical error. On page 5 of the opinion, the last paragraph is amended to read: The trial court did not abuse its discretion in admitting the Facebook photos of defendant or in overruling defendant's objections to Johnson's testimony of receiving threats on account of her testimony, and, therefore, defendant is not entitled to relief on either basis.

In all other respects, the May 25, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 26 2017

Date

Chief Clerk